# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**CHAD DOUGLAS KIRBY,**                :

    **Petitioner**            :      **CIVIL ACTION NO. 3:13-1836**
                                                    (Judge Mannion)

          **v**                      :

**SUPERINTENDENT, STATE**           :
**CORRECTIONAL INSTITUTION**
**AT PITTSBURGH, et al.,**            :

    **Respondents**         :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**Dated: August 19, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1836-02-ORDER.wpd